# UNITED STATES DISTRICT COURT

**FILED**

**JAN 06 2026**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**EASTERN DISTRICT OF CALIFORNIA**

**Susan Marie Shultz, Plaintiff Pro Se**
**v.**
County of Kern; Lorelei Oviatt, in individual and official capacities; Kern County Community Development; Kern County Sheriff's Department; Flood Ministries, Bakersfield; High Desert Women's Shelter, Defendants

---

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

**(42 U.S.C. § 1983 – Fourteenth Amendment)**

1:26-cv-00043-CDB

---

## I. Jurisdiction and Venue

1. Federal question jurisdiction exists under 28 U.S.C. § 1331 because this action arises under 42 U.S.C. § 1983 and the Fourteenth Amendment.
2. Venue is proper under 28 U.S.C. § 1391(b) because all defendants reside or operate in Kern County, California, and all relevant actions occurred there.

---

## II. Parties

1. Plaintiff Susan Marie Shultz is a resident of Kern County, California.
2. County of Kern is a municipal entity responsible for housing programs, community development, and the Sheriff's Department.
3. Lorelei Oviatt is sued in individual and official capacities as Director of Kern County Planning and Natural Resources.
4. Kern County Community Development is responsible for housing programs and classifications.
5. Kern County Sheriff's Department is involved in housing-related classifications.
6. Flood Ministries, Bakersfield, is a nonprofit acting under County contract for housing services.
7. High Desert Women's Shelter is a nonprofit acting under County contract for housing services.

---

## III. Factual Allegations

1. Plaintiff was designated "homeless" or in need of housing assistance by County actors, including Community Development, the Sheriff's Department, and contracted nonprofit shelters, without notice, hearing, or opportunity to challenge the classification.
2. On January 10, 2022, Defendant Lorelei Oviatt, Director of Kern County Planning and Natural Resources, emailed Plaintiff acknowledging that Plaintiff's previous residence in Eastern Kern near Highway 395 had environmental and building code violations, and that multiple County departments coordinated to address the matter.
3. Defendant Oviatt admitted the County assumed Plaintiff had housing after declining a referral, but no procedural safeguards, verification, or ongoing support were provided, and the County explicitly denied any obligation to provide compensation or additional housing assistance.
4. The County also confirmed that records exist documenting Plaintiff's past housing circumstances, demonstrating government knowledge and involvement in Plaintiff's housing status.
5. Defendants' reliance on assumptions rather than providing process or verification directly caused Plaintiff to be denied housing and housing-related assistance, constituting a stigmatizing classification plus tangible deprivation.
6. Defendants' ongoing failure to provide procedural safeguards, correct records, or otherwise ensure Plaintiff's access to housing constitutes a continuing violation of Plaintiff's Fourteenth Amendment rights.
7. The coordinated actions of County actors and contracted nonprofits demonstrate policy, custom, or practice sufficient to impose Monell liability on the County of Kern.

---

## IV. Cause of Action – 42 U.S.C. § 1983 / Fourteenth Amendment

1. Defendants, acting under color of law, imposed and maintained a stigmatizing "homeless" designation on Plaintiff without notice, hearing, or any opportunity to contest the classification.
2. Defendants relied on this classification to deny Plaintiff housing and housing-related benefits, depriving Plaintiff of liberty interests protected under the Fourteenth Amendment.
3. Defendants' ongoing failure to provide procedural safeguards constitutes a continuing due process violation.
4. Plaintiff is entitled to injunctive relief, declaratory relief, and compensatory damages.

---

## V. Monell Liability – County of Kern

1. The County of Kern is liable under Monell v. Department of Social Services, 436 U.S. 658 (1978), because the deprivation was caused by official policy or custom, including:

- o  Designating individuals as "homeless" without procedural safeguards
- o  Reliance on this designation across County agencies and contracted nonprofits
- o  Failure to provide any corrective mechanism or appeal process

## VI. Prayer for Relief

Plaintiff requests that the Court:

1. Issue a declaratory judgment that Defendants' actions violated the Fourteenth Amendment.
2. Issue an injunction requiring removal or correction of the "homeless" designation and establishment of procedural safeguards.
3. Award compensatory damages for denial of housing and related harm.
4. Award costs and attorney's fees under 42 U.S.C. § 1988.
5. Grant any other relief the Court deems just and proper.

## VII. Exhibits

1. Exhibit A: Email from Lorelei Oviatt, dated January 10, 2022.
2. Exhibit B: Chronology of Harm / Timeline of Continuing Violations.

## VIII. Signature

Dated: January 2, 2025

Susan Marie Shultz, Plaintiff Pro Se

General Delivery
Ridgecrest, CA 93555

# Exhibit B – Chronology of Harm / Timeline

| Date | Event | Legal Relevance |
| --- | --- | --- |
| [Year unspecified] | Residence had mercury/building code violations | Establishes state action |
| [Date of inspection] | County investigation | Shows official classification of housing status |
| Plaintiff declined referral | County assumed Plaintiff had housing | Denial of procedural safeguards |
| [Various Years] | "Homeless" designation maintained | Supports continuing violation doctrine |
| Repeated housing denials | From County or nonprofits | Demonstrates deprivation of liberty interest |
| 1/10/2022 | Oviatt email confirms assumption and denial of assistance | Evidence of government knowledge and refusal of due process |
| 2022–2025 | Ongoing reliance on designation | Continuing violation; supports statute-of-limitations argument |
| Present | Plaintiff remains unable to access housing | Supports injunctive/declaratory relief |

# EXHIBIT

Search

oviatt

me
1 message
Message has attachments
4/13/2022
RE: New submission from Contact Us
Thank you for letting me know. I fixed my voicemail. The Director of Community Development, Lorelei Oviatt, tells me that I was offered and turned down a housing referral after being vacated from 4300 HWY 395 in April 2020. I...

Code Compliance
1 message
Message has attachments
4/13/2022
RE: New submission from Contact Us
...I would like to make a FOIA request of the documentation that Director of Community Development, Ms. Lorelei Oviatt, refers to regarding the relocation of Susan Marie Shultz on or after April 14, 2020. ASAP. Thank you. Consent I agree...

me
1 message
Message has attachments
4/13/2022
RE: New submission from Contact Us
...I would like to make a FOIA request of the documentation that Director of Community Development, Ms. Lorelei Oviatt, refers to regarding the relocation of Susan Marie Shultz on or after April 14, 2020. ASAP. Thank you. Consent I agree...

Code Compliance
1 message
Message has attachments
4/13/2022
RE: New submission from Contact Us

...I would like to make a FOIA request of the documentation that Director of Community Development, Ms. Lorelei Oviatt, refers to regarding the relocation of Susan Marie Shultz on or after April 14, 2020. ASAP. Thank you. Consent I agree...

me
1 message
No attachment
3/22/2022
RE: Government involvement in contracts between men
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...

me
1 message
No attachment
3/22/2022
RE: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...

me
1 message
No attachment
3/22/2022
RE: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...

Brian Van Wyk
1 message
No attachment
3/22/2022
RE: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...

me
1 message
No attachment
3/22/2022
Allocation of Funding
Good afternoon, My name is Susan. I live in displacement on the BLM in Ridgecrest, CA. As a citizen, it is my duty to hold myself and my leaders equally accountable. As a republican, it is...


me
1 message
No attachment
3/19/2022
RE: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...


me
1 message
No attachment
3/18/2022
Fw: Relocation Code Enforcement Mercury
To Mr. Van Wyk: Please see forwarded email exchange with Mr. Lux, who referred me to Ms. Oviatt in January. Thank you, Susan Shultz Sent from Yahoo Mail on Android ----- Forwarded Message ----- From: "Back Pocket...


me
1 message
No attachment
3/18/2022
RE: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...


me
1 message
No attachment
3/18/2022

Re: housing
I apologize, Ms. Oviatt. I mispoke. Thank you for forwarding my info to Public Works. I appreciate your time. Susan S. Sent from Yahoo Mail on...


Lorelei Oviatt
1 message
No attachment
3/17/2022
Re: housing
...will be forwarding all emails you send to me or my staff to Brian Van Wyk for response. Thank you. Sincerely, Lorelei Oviatt, Director Kern County Planning and Natural Resources 661-862-8866 work From: Trailer Tarot <trailer.tarot@yahoo.com>...


me
1 message
No attachment
3/17/2022
Re: housing
Ms. Oviatt informs me I was offered a housing voucher that day by code enforcement. So let's not make her look like an asshole and...


me
1 message
No attachment
3/17/2022
To Lorelei and Cheryl
Hello, I was hired as live-in tenant at 4300 HWY 395 Ridgecrest, CA 93555 on February 13, 2020. I was vacated by the sheriff without notice on April 14, 2020 due to unabated high mercury...


Brian Van Wyk
1 message
No attachment
3/14/2022
RE: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...(661) 868-3834 From: Trailer Tarot <trailer.tarot@yahoo.com> Sent: Sunday, March 13, 2022 9:22 AM To: Lorelei Oviatt <Loreleio@kerncounty.com> Cc: Catherine Vasquez <Vasquezc@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov;...

me
1 message
No attachment
3/13/2022
Re: Response regarding Code enforcement issue and Landlord -Tenant Dispute
Hello Ms. Oviatt, May I please request the source of record for this information? Thank you,
Susan Shultz On Mon, Jan 10, 2022 at 3:03...


me
1 message
No attachment
2/10/2022
Fw: Response regarding Code enforcement issue and Landlord -Tenant Dispute
Trailer Tarot 🍃 ----- Forwarded Message ----- From: "Lorelei Oviatt"
<Loreleio@kerncounty.com> To: "Trailer Tarot" <trailer.tarot@yahoo.com> Cc: "Catherine
Vasquez"...


me
1 message
No attachment
1/29/2022
Re: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...that Flood does not provide relocation housing. Thank you, Susan M. Shultz On Mon, Jan 10,
2022 at 3:03 PM, Lorelei Oviatt <Loreleio@kerncounty.com> wrote: Good afternoon Ms.
Schultz, Thank you for reaching out so we all can better understand...


me
1 message
No attachment
1/29/2022
Re: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...that Flood does not provide relocation housing. Thank you, Susan M. Shultz On Mon, Jan 10,
2022 at 3:03 PM, Lorelei Oviatt <Loreleio@kerncounty.com> wrote: Good afternoon Ms.
Schultz, Thank you for reaching out so we all can better understand...


me
1 message
No attachment
1/26/2022
Fw:

Hello Ms. Oviatt, Trailer Tarot 🦋 ----- Forwarded Message ----- From: "Trailer Tarot" <trailer.tarot@yahoo.com> To: "slee@kernha.org"...

me
1 message
No attachment
1/10/2022
Re: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...that Flood does not provide relocation housing. Thank you, Susan M. Shultz On Mon, Jan 10, 2022 at 3:03 PM, Lorelei Oviatt <Loreleio@kerncounty.com> wrote: Good afternoon Ms. Schultz, Thank you for reaching out so we all can better understand...

me
1 message
No attachment
1/10/2022
Re: Response regarding Code enforcement issue and Landlord -Tenant Dispute
...that Flood does not provide relocation housing. Thank you, Susan M. Shultz On Mon, Jan 10, 2022 at 3:03 PM, Lorelei Oviatt <Loreleio@kerncounty.com> wrote: Good afternoon Ms. Schultz, Thank you for reaching out so we all can better understand...

Lorelei Oviatt
1 message
No attachment
1/10/2022
Response regarding Code enforcement issue and Landlord -Tenant Dispute
...please contact us again and we will assemble and provide you the past documentation. Best regards, Lorelei H Oviatt, AICP Director Kern County Planning and Natural Resources 2700 M Street Ste 100 Bakersfield, CA 93301 661-862-8866...

Re: Response regarding Code enforcement issue and Landlord -Tenant Dispute

me
To
Loreleio@kerncounty.com
1/10/2022

Jan 10, 2022 at 3:36 PM
Thank you, Lorelei.

There was no referral. I was offered homeless counseling by Flood Ministries months after I was vacated. Jim Wheeler, the director of Flood affirmed that Flood does not provide relocation housing.

Thank you,

Susan M. Shultz

Hide trimmed content
On Mon, Jan 10, 2022 at 3:03 PM, Lorelei Oviatt
<Loreleio@kerncounty.com> wrote:
Good afternoon Ms. Schultz,

  Thank you for reaching out so we all can better understand your situation and find you resources for housing.  I have coordinated with Kern County Code Compliance that indicates that some years ago
your landlord had illegal mercury and other illegal chemicals at the site where you were renting. As well the building itself was not up to code.  This occurred in Eastern Kern near Highway 395. This was a Public Health - Environmental Health  violation  case and Public Works Code Compliance assisted in the building code violations as well. At that time you were asked if you needed a referral for housing.  You declined and we assume you have had a place to live since then.

  If you need resources to find a place to live here is a link for  such resources https://www.kcdhs.org/resources/housing.  As for your request the county pay you, there is no basis for such a
claim and there was no discrimination involved here based on Fair Housing laws. Further, we do not receive CDBG funding for code compliance.

This is a very unfortunate situation but the county did the right thing to protect your health by requiring the property be cleaned up and declining to allow you to live in unsafe surroundings. Your dispute is with your landlord and not the county . As well, landlord /tenant substandard property disputes are not part of the Fair Housing program unless you were discriminated against under the State and Federal laws.
In this case, the landlord failed to maintain a safe property and you were forced to move by that.

  If you contact a lawyer and need documentation please contact us again and we will assemble and provide you the past documentation.

Best regards,

Lorelei H Oviatt, AICP
Director
Kern County Planning and Natural Resources

2700 M Street Ste 100
Bakersfield, CA 93301
661-862-8866

From: Trailer Tarot <trailer.tarot@yahoo.com>
Sent: Saturday, January 8, 2022 10:26:18 AM
To: Department, Planning <Planning@kerncounty.com>; Zachary.Olmstead@hcd.ca.gov
<Zachary.Olmstead@hcd.ca.gov>; KC.Mohseni@hcd.ca.gov <KC.Mohseni@hcd.ca.gov>;
Kyle.Krause@hcd.ca.gov <Kyle.Krause@hcd.ca.gov>; ryan.seeley@hcd.ca.gov
<ryan.seeley@hcd.ca.gov>; pedro.galvao@hcd.ca.gov <pedro.galvao@hcd.ca.gov>; Samuel
Lux <LuxS@kerncounty.com>; LusichM@kerncounty.com <LusichM@kerncounty.com>; Alfredo
Rojas <RojasA@kerncounty.com>; Staci-Anne Cisneros <CisnerosS@kerncounty.com>
Subject: Code Enforcing Activities - Cal Gov. Code 7260.5

        CAUTION: This email originated from outside of the organization. Do not click links,
open attachments, or provide information unless you recognize the sender and know the
content is safe.

To the Kern County Planning and Natural Resources Department as a recepient of CDBG
funding for Code Enforcement Activities, including Fair Housing and Civil Rights;

To the California Department of Housing and Community Development Deputy Directors and
General Counsel:

To Kern County Public Works Managing Directors:


Good afternoon,

I would like to request Kern County Public Works use of CDBG funding extend to protecting my
civil rights as a citizen displaced by code enforcing activities as mandated by state and federal
housing laws.

Thank you,

Susan Marie Shultz
Ridgecrest, CA 93555
(760) 977.7733

Delete

Move to

Forward

Reply

More

Table of Contents

| Item | Description | Page Number |
| ---- | --------------------------------------------------------------------------- | ----------- |
| 1 | Civil Cover Sheet (JS-44 / EDCA Local Form) | 1 |
| 2 | Complaint for Violation of Civil Rights (42 U.S.C. § 1983 – Fourteenth Amendment) | 2 |
| 3 | Motion to Proceed In Forma Pauperis (28 U.S.C. § 1915) & Declaration of Financial Status | 10 |
| 4 | Exhibit A – Email from Lorelei Oviatt, 1/10/2022 | 15 |
| 5 | Exhibit B – Chronology of Harm / Timeline of Continuing Violations | 20 |
| 6 | Optional Exhibits (Letters, Intake Forms, Denial Notices, etc.) | 25+ |

* This filing package includes the Complaint, IFP Motion, Declaration of Financial Status, and Exhibits.
* Page numbers are approximate; please adjust if additional documents are attached.
* Exhibits are labeled and referenced in the Complaint for ease of review.
* Plaintiff requests a **file-stamped copy** for her records.

Submitted by:


Dated: January 2, 2025

_____

Susan Marie Shultz, Plaintiff Pro Se
```