**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN MARIE SHULTZ, | Case No. 1:26-cv-00043 KES CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |
| | Doc. 4 |

Susan Shultz initiated this action by filing a complaint and motion to proceed in forma pauperis on January 6, 2026. Docs. 1, 2. The Court observed the complaint was unsigned and ordered Schultz to file a signed complaint. Doc. 3. Shultz failed to respond to the order.

On February 5, 2026, the magistrate judge determined Shultz failed to comply with the Court's order and failed to prosecute this action. Doc. 4 at 1-2. The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza,* 291 F.3d 639, 642 (9th Cir. 2002), and recommended the Court dismiss the action without prejudice. *Id.* at 2-5.

The Court served the findings and recommendations on Shultz and notified her that any objections were due within 21 days. Doc. 4 at 4. The Court also advised that failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 4-5 (citing *Wilkerson v. Wheeler*,

1

772 F.3d 834, 839 (9th Cir. 2014)).  Shultz did not file objections, and the time to do so has passed.  To date, Shultz has not taken any action to further prosecute this case.

In accordance with 28 U.S.C. § 636(b)(1), the Court performed a de novo review of this case.  Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1. The findings and recommendations issued on February 5, 2026 (Doc. 4) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for failure to obey the court's order and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 14, 2026

_____
UNITED STATES DISTRICT JUDGE

2